**The below described is SIGNED.**

**Dated: July 01, 2005**       _____
                                              **GLEN E. CLARK**
                                              **U.S. Bankruptcy Judge**



_____

Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Bankruptcy No. 04-40447 |
| --- | --- |
| Jeremy L. Friedbaum | Chapter 7 |
| Robin Friedbaum | |
| | Judge: GLEN E. CLARK |
| Debtor(s). | |

ORDER REOPENING CASE AND DEFERRING PAYMENT OF FILING FEE
_____

This matter having come before the Court on the Motion of the Chapter 7 Trustee, and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the above entitled case is hereby reopened and that the payment of the filing fee is deferred until funds have been received pursuant to the liquidation of assets.

-------------------------------------------------end of document-----------------------------------------------

**Filed: 06/30/05**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing ORDER REOPENING CASE AND DEFERRING PAYMENT OF FILING FEE was mailed to the following and to all persons on the attached mailing matrix by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this _____ day of _____, 2005:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

Philip G. Jones, tr
853 West Center Street
Orem, UT 84057

_____

```
Label Matrix for USBC              Alegis Group LP                    American Express
District of Utah                   15 S. Main St. Ste. 600            PO Box 297879
Case 04-40447                      Greenville, SC 29601               Ft. Lauderdale, FL 33329-7879
Thu Jun 30 09:06:25 MDT 2005


Bank One                           Chase                              CitiCard
PO Box 15548                       PO Box 52188                       PO Box 6077
Wilmington, DE 19886-5548          Phoenix, AZ 85072                  Sioux Falls, SD 57117-6077


Client Services                    Countrywide Mortgage               Creditors Interchange
PO Box 1503                        PO Box 660694                      80 Heltz Dr.
St. Peters, MO 63376               Dallas, TX 75266-0694              Buffalo, NY 14225


Discover                           Encore Receivable Management       Fleet Credit Card
PO Box 3008                        PO Box 3330                        PO Box 1070
New Albany, OH 43054               Olathe, KS 66063                   Newark, NJ 07101


Jeremy L. Friedbaum                Robin Friedbaum                    Guglielmo & Associates
1072 W. 1100 N.                    1072 W. 1100 N.                    PO Box 41688
Provo, UT 84604                    Provo, UT 84604                    Tucson, AZ 85717


Andrew S. Gustafson                Philip G. Jones tr                 MBNA
Lincoln Law Center                 853 West Center Street             PO Box 15137
921 West Center Street             Orem, UT 84057                     Wilmington, DE 19886-5137
Orem, UT 84057


Mann Bracken LLC                   NCO Financial Systems              NCO Financial Systems
One Paces West Ste. 1400           PO Box 41457                       PO Box 41747
2727 Paces Ferry Rd.               Philadelphia, PA 19101             Philadelphia, PA 19101
Atlanta, GA 30339


NES - Hilco Receivables            National Financial Systems         Nationwide Credit Inc.
29125 Solon Rd.                    PO Box 9041                        PO Box 740640
Solon, OH 44139                    Hickville, NY 11802                Atlanta, GA 30374


Sears Gold Mastercard              United States Trustee              Ventus Capital Services
PO Box 182532                      #9 Exchange Place                  9700 Bissonnet, Ste. 2000
Columbus, OH 43218                 Suite 100                          Houston, TX 77036
                                   Salt Lake City, UT 84111-2147


Viking Collection Service          Zwicker & Associates
PO Box 29210                       800 Federal St.
Phoenix, AZ 85038                  Andoner, MA 01810
```

ORDER SIGNED